# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) ) | **8:10CR438** |
| **SADE J. DAVIS,** | ) ) ) | **ORDER** |
| **Defendant.** | ) ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [48] due to defense counsel's scheduling conflict.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 26, 2011 is continued to **August 9, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 26, 2011 and August 9, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 7, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**